IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-1032-WKW |
| | ) |
| MOUNT WASTE RECYCLE, INC. | ) |
| *et al.*, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 6), and upon an independent review of the file in this case, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge is ADOPTED;

and

(2) This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

DONE this 15th day of February, 2012.

                                                  /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE